**Opinion issued April 16, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-26-00025-CV

———————————

**KEVIN WILLIAMS, Appellant**

**V.**

**LONE RANGER CAPITAL INVESTMENT, LLC, HENRY HEDMAN, AND
BLUE STARFISH CONSTRUCTION LLC, Appellees**

---

**On Appeal from the 334th District Court
Harris County, Texas
Trial Court Case No. 2018-51792**

---

## MEMORANDUM OPINION

Appellant Kevin Williams is attempting to appeal from a judgment signed on December 8, 2025. Appellant has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE §§ 51.207, 51.208, 51.851(b), 51.941(a); Order Regarding Fees

Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No.24-9047 (Tex. July 26, 2024), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in courts of appeals). After being notified on January 30, 2026 that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 42.3(b), (c).

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(c), 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.